IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 13 A 10: 42

Marshall Taylor _____ )
Full name and prison number of )
plaintiff(s) )
 )
 )
           v. )
 )  CIVIL ACTION NO. 2:05CV 875-T
Rodney Carroll _____ )  (To be supplied by the Clerk of the
Hwy 82 _____ )   U.S. District Court)
Prattville, AL. _____ )
        36067 _____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.   Parties to this previous lawsuit:
            Plaintiff(s) _____

            Defendant(s) _____
            _____

       2.   Court (if federal court, name the district; if state court, name the county) _____
            _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **8Z Auto Parts Prattville Wrecker Service**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Rodney Carroll | Hwy 82 Prattville, Al. 36067 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **2004**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **My rights was violated when I paid for service and did not get any.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

I took my truck into his shop to get work done, I wanted to get a new heater core on my truck, I paid for this service and it was not done.

GROUND TWO: My truck still has water in floor board. It was not fixed.

SUPPORTING FACTS: I went back to him and he disrespected me by cursing me out. He called me nigger and refused to give me my money back or do the work on my truck.

GROUND THREE: I paid around $900 for this service and did not get any.

SUPPORTING FACTS: I cannot talk to this man, I cannot reason with him.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to either get my truck fixed or get my money back so I can go somewhere else.

Marshall Taylor
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-9-05  .
(date)

Marshall Taylor
Signature of plaintiff(s)

-3-