# MISCELLANEOUS RECEIPTS

# WILL NOT SCAN

# AVAILABLE FOR VIEWING IN THE

# CLERK'S OFFICE