IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv875-T |
| ) | (WO) |
| RODNEY CARROLL, ) | |
| ) | |
|    Defendant. ) | |

OPINION

Plaintiff filed this lawsuit charging defendant failed to repair his truck. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of October, 2005.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE